Francisco QUEZADA–RAMIREZ,
Petitioner,

v.

Alberto R. GONZALES, Attorney
General, Respondent.

Francisco Quezada–Ramirez,
Petitioner,

v.

Alberto R. Gonzales, Attorney
General, Respondent.

Francisco Quezada–Ramirez,
Petitioner,

v.

Alberto R. Gonzales, Attorney
General, Respondent.

Nos. 04–71750, 05–70884, 05–72846.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 20, 2006.*

Filed Oct. 30, 2006.

Martin Resendez Guajardo, Esq., Martin Roy Robles, Esq., Law Office of Martin Resendez Guajardo, A Professional Corporation, San Francisco, CA, for Petitioner.

John Ashcroft, Attorney General, Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, James E. Grimes, Esq., Margaret Perry, Esq., Mark C. Walters, Esq., Arthur L. Rabin, Esq., DOJ—U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, for Respondent.

Before: BEEZER, O'SCANNLAIN, and TROTT, Circuit Judges.

## MEMORANDUM **

Francisco Quezada–Ramirez filed petitions for judicial review of three Board of Immigration Appeals (BIA) decisions. We deny Quezada–Ramirez's petitions.

We deny Quezada–Ramirez's petition for review of BIA's dismissal of his appeal because he presented no arguments on the matter in his briefs to this court. *See Martinez–Serrano v. INS,* 94 F.3d 1256, 1259–60 (9th Cir.1996). In his second petition, Quezada–Ramirez challenges BIA's denial of his motion to reopen. With certain exceptions not relevant here, a motion to reopen must be filed within 90 days of the final decision sought to be reopened. 8 C.F.R. § 1003.2(c)(2); 8 U.S.C. § 1229a(c)(7)(C)(i). Quezada–Ramirez filed his motion nearly five months after the deadline. BIA did not abuse its discretion in determining the expungement of Quezada–Ramirez's conviction was not a truly exceptional circumstance warranting reopening. Finally, Quezada–Ramirez claims BIA erred in denying his motion to reconsider. Because Quezada–Ramirez failed to point to any "errors of law or fact" in BIA's denial of his motion to reopen, BIA did not err in denying Quezada–Ramirez's motion to reconsider. *See* 8 U.S.C. § 1229a(c)(6)(C).

**DENIED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.